# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Balco Industries | 11/30/2022 | Wire | $ 4,275.00 |
| Akorn Operating Company, LLC | Balco Industries | 2/8/2023 | Wire | $ 8,550.00 |
|  |  |  |  | $ 12,825.00 |